# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**SCOTT PRITCHARD, #56318-019**                                    **PETITIONER**

**VERSUS**                           **CIVIL ACTION NO. 5:09-cv-15-DCB-MTP**

**BRUCE PEARSON, Warden**                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 16th day of April, 2009.

                                      s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE